IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM F. YORK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 05-2352-KHV-DJW ) |
| UNITED COOPERATIVES, INC. | ) ) ) |
| Defendant. | ) |

### **ORDER OF DISMISSAL**

The Court, having reviewed the Joint Stipulation of Dismissal (Doc. #16) submitted by counsel in this matter finds that the case has been resolved and further finds that this matter should be and hereby is dismissed with prejudice as to its refiling.

**IT IS SO ORDERED.**

                                                   s/ Kathryn H. Vratil
                                                   Kathryn H. Vratil
                                                   United States District Judge

SUBMITTED BY:

s/ Benny J. Harding
Benny J. Harding, KS #70095
6201 College Blvd, Suite 650
Overland Park, KS  66221
benny@hardinglawkc.com
(913) 663-1300     FAX (913) 663-3834
ATTORNEY FOR PLAINTIFF

WSABEOP0 100736052v1

  s/ Marty T. Jackson
Marty T. Jackson      KS#14188
WALLACE, SAUNDERS, AUSTIN,
BROWN & ENOCHS, CHARTERED
10111 West 87th Street
P.O. Box 12290
Overland Park, Kansas 66282-2290
mjackson@wsabe.com
(913) 888-1000      FAX (913) 888-1065
ATTORNEY FOR DEFENDANT